STATE v. CLARK

No. 609P94

Case below: 117 N.C.App. 140

Motion by Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 9 February 1995. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 9 February 1995.

STATE v. CLINTON

No. 594P94

Case below: 116 N.C.App. 737

Motion by Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 9 February 1995. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 9 February 1995.

STATE v. DILLARD

No. 617P94

Case below: 117 N.C.App. 306

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 9 February 1995.

STATE v. FARRIOR

No. 2P95

Case below: 944SC21 20 December 1994

Petition by plaintiff for temporary stay allowed 10 January 1995.

STATE v. FIGURED

No. 464P94

Case below: 116 N.C.App. 1

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 9 February 1995.